United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

MSB Oran Lojmanları 586 Sokak
Bekiroğlu Apartmanı No: 4 Daire: 9
Oran - Çankaya
Ankara / TURKEY

Received
JUN 1 8 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam,

Mar,25,2013

To whom it may concern,

**Cv 13 2801 DMR**

I attach my request from Twitter as Annex A. But no one have replied me for 9 months. I know I have to apply to US Court.

Insults and accuses about me are an offence under the laws and procedures in Turkey. As the administrators of this social networking site, they shall not allow the perpetuation of these insults which are made against me. I shall have the right to be notified about the registered owner of the IP address to find the location of the owner.

After this event I appealed to the Turkish Court in Ankara, capital of Turkey. They directed me to send a mail to Twitter social network for getting the IP number of insulter(s). I am sending you the official paper in Turkish which belongs to the Turkish Ankara Court as Annex B.

I send this mail for your helping me. Please handover my request to whom it may concern. It is very important, because someone insults and accuses me regularly.

If possible, please help me for this issue.

Yours Sincerely,

Mr. Faruk GÖNÜL

Attorney Galip ALTUNTAŞ
Attorney Bareau of Ankara # 10550
Registration # 6178