**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   FARUK GONUL,                              No. C-13-02801 DMR

12              Plaintiff(s),                  **ORDER VACATING CASE**
                                               **MANAGEMENT CONFERENCE**
13         v.

14   TWITTER INC,

15              Defendant(s).
     _____/
16

17         The court denied Plaintiff's application to proceed in forma pauperis on August 27, 2013, and

18   held that Plaintiff's failure to pay the filing fee by September 27, 2013 will result in dismissal of the

19   action without prejudice. [Docket No. 9.]  Accordingly, the case management conference previously

20   scheduled for September 18, 2013 is **VACATED** and will be reset if the case proceeds.

21

22         IT IS SO ORDERED.

23

24   Dated:  September 5, 2013

25                                             _____
                                               DONNA M. RYU
26                                             United States Magistrate Judge

27

28