UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FARUK GONUL,

        Plaintiff(s),

  v.

TWITTER INC,

        Defendant(s).
_____/

No. C-13-02801 DMR

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The court denied Plaintiff's application to proceed in forma pauperis on August 27, 2013, and held that Plaintiff's failure to pay the filing fee by September 27, 2013 will result in dismissal of the action without prejudice. [Docket No. 9.] Accordingly, the case management conference previously scheduled for September 18, 2013 is **VACATED** and will be reset if the case proceeds.

IT IS SO ORDERED.

Dated: September 5, 2013

                                            DONNA M. RYU
                                            United States Magistrate Judge