UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARUK GONUL,<br><br>   Plaintiff(s),<br><br>   v.<br><br>TWITTER INC,<br><br>   Defendant(s).<br>_____/ | No. C-13-02801 DMR<br><br>**ORDER DISMISSING WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On June 18, 2013, Plaintiff filed suit in this court along with an application to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 2.] In an order dated August 27, 2013, the court denied the IFP application and noted that if Plaintiff failed to pay the $400 filing fee by September 27, 2013, this case would be dismissed without prejudice. [Docket No. 9.] To date, Plaintiff has not paid the filing fee or otherwise responded to the August 27 order. Accordingly, this matter is dismissed prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: October 7, 2013

DONNA M. RYU
United States Magistrate Judge