UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FARUK GONUL,

        Plaintiff(s),

   v.

TWITTER INC,

        Defendant(s).

No. C-13-02801 DMR

**ORDER DISMISSING WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On June 18, 2013, Plaintiff filed suit in this court along with an application to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 2.] In an order dated August 27, 2013, the court denied the IFP application and noted that if Plaintiff failed to pay the $400 filing fee by September 27, 2013, this case would be dismissed without prejudice. [Docket No. 9.] To date, Plaintiff has not paid the filing fee or otherwise responded to the August 27 order. Accordingly, this matter is dismissed prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: October 7, 2013

DONNA M. RYU
United States Magistrate Judge